

# Affidavit Of Fact
## COVER LETTER

EXHIBIT- A        AFFIDAVIT OF FACT- CERTIFICATE OF SERVICE

EXHIBIT- B        WRIT IN NATURE OF DISCOVERY AND DISCLOSURE

EXHIBIT- C        AFFIDAVIT OF FACT NOTICE OF DEFAULT JUDGEMENT

EXHIBIT-D         RECONVEYANCE

EXHIBIT-E         LETTER FROM REALTY ACQUISITION

EXHIBIT-F         SECOND LETTER FROM REALTY ACQUISITIONS

EXHIBIT-G         DETAINER WARRANT # 1560508

EXHIBIT- H        SECOND DETAINER WARRANT #1560508

EXHIBIT- I        AFFIDAVIT OF SERVICE

EXHIBIT-J         JUDGES OATH OF OFFICE

EXHIBIT-K         1787 THE CONSTITUTION FOR THE UNITED STATES NORTH CONTINENT

EXHIBIT-L         AFFIDAVIT OF FACT DECLARATION OF ALLODIAL

EXHIBIT-M         JUDICAL NOTICE AND PROCLAMATION

EXHIBIT-N         TREATY OF PEACE AND FRIENDSHIP BETWEEN MOROCCO AND THE UNITED STATES

EXHIBIT-O         CERTIFIED MAIL COPIES

EXHIBIT- P        LEGAL NOTICE NAME DECLARATIOMN CORRECTIOM AND PUBLICATION