

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

## Affidavit of Fact
### Exhibit A - Certificate of Service

June 18, 2011

United States Supreme Court of TENNESSEE
Office of the Clerk
Mike Catalano
401 7th Avenue North
Memphis Territory, TENNESSEE Republic
[37243] USA

It is Hereby Certified that service of the foregoing, the associated Memorandum of Law, and the associated Affidavit of Material Facts has been made upon the following addressee by depositing a copy in the United States Republic mail, postage prepaid,
this ___18___ day of ___June___, 1430M.C. (2012 C.C.Y.) addressed to:

NASHVILLE
TENNESSEE of Governor
Bill Haslam
1st Floor State Capitol
Nashville Territory, TENNESSEE Republic
[37243] USA
United States Republic Postmaster Article Number: 7009 0080 0001 8652 9209

State of TENNESSEE Attorney General
Robert E. Cooper Jr.
425 5th Avenue North #2
Nashville, Republic
[37243] USA
United States Republic Postmaster Article Number: 7009 0080 0001 8652 9971

State of TENNESSEE Secretary of State
Tre Hargett
312 Rosa L. Parks
8th Floor Snodgrass Tower
Nashville, TENNESSEE Republic
[37243] USA
United States Republic Postmaster Article Number: 7011 1570 0003 4723 2320

State of TENNESSEE District Attorney
Amy Weirich
201 Poplar Avenue 3rd Floor
Memphis, TENNESSEE Republic
[38103] USA
United States Republic Postmaster Article Number: 7009 0080 0001 8652 9216



page 1 of 2
Antoinette Gilcrest
notary

1
EXHIBIT A

*Abka Re Bey*

Ex-Relatione Tabitha R. Gentry,
Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
TENASI TERRITORY
3156 Cromwell Avenue
Memphis, TENNESSEE ]
[38118]
Northwest Amexem

State of Tennessee County of Shelby
Sworn and subscribed before me this 18th day of June, 2012, Came personally Known to me, Abka ReBey exrel Tabitha R. Gentry.

*Antoinette Gilcrest*
My commission expires January 19, 2014

[Notary Seal: ANTOINETTE GILCREST, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF SHELBY, MY COMM. EXP. JAN. 19, 2014]

Cl ABKA RE BEY Will Issue a Copy for Respondents in the matter of two days.