

**Moorish Americans**
Aboriginal and Indigenous Natural Peoples of Northwest Amexem
Northwest Africa / North America / 'The North Gate'
Moorish Americans vs  Treaty of Verona
# Writ in the Nature of Discovery and Disclosure

**From:** Abka Re Bey Ex-Rel Tabitha Gentry
c/o 3156 Cromwell Ave.
Memphis / Northwest Amexem
Via  TNN, Republic
Via United States Republic, North America
Non-Domestic
Zip Exempt
**To:** Realty Acquisitions
5294  Cottonwood suite 4
Memphis TN 38118
United States Republic, North America

Account Number: 06021600034
Date of Discovery November 5, 2011

EXHIIT  B

Certified Mail Receipt
#7009 0080 0001 8651 4052

Mailing Date: DECEMBER 2, 2011

**Please mail or deliver to the Borrower**, Abka Re Bey  Ex-Rel Tabitha Gentry, the following evidence: Produce the Originals or **Certified** and **Verified Official Copies** of the **Original Loan - Related Documents** (papers, electronic and E-Mails, etc.,) as stipulated by law. All of these Loan-related instruments adversely affect the associated 'Parcel' Number 06021600034   Bank of America or its Assigns are 'Requested' to schedule a timely **Meeting** and opportunity for me, my **Consul**, and /or my **CPA** to make a thorough **Physical Inspection** of the **following Loan – related Documents,** so as to enable the Borrower and his or her Consul, or CPA to physically Examine; to Verify; to Confirm; and to Witness the same for the Record.

This is a **Lawful Demand and Request**, and is hereby issued under the '**Rules of Discovery**' and forwarded to Bank of America or its Assigns, according to Law and the '**Disclosure Rules**'. This Request is forwarded to Bank of America Financial National Bank, its Agency Personnel, and its Assigns; giving them Notice, and to inform them to set and arrange for a timely Meeting.  The borrower will have witnesses present.  The Meeting shall be set and concluded to effectuate the above - stated **Physical Examinations** and **Witnessing** of the requested **Documents**; with the same being orderly arranged, satisfied and concluded within Twenty (20) Days of the Receipt of this '**Notice of Discovery and Disclosure**'.

Bank of America National Bank and its Representatives or its Assigns are requested, '**For The Record**' to produce the following **Records, Information** and **Documents** related to the **Loan**, noted with the Account Number 06021600034, which is in controversy.  The Discovery is to include of all the interdependent, inter-related, and associated Instruments attached thereto, and covering all the associated files from the initiation of the Loan up and unto the present:

1.   Bank of America Bank or its Assigns are hereby 'Requested' to produce the '**Original Promissory Note**' as lawful proof and evidence (exposing the front and the back) and marked with the Account Number, 06021600034, with clear signatures and evidence associated with the **Original Loan**, indicating the exchange of **Substance** or **Specie** alleged to have been issued from your Realty Acquisitions Marvin Fisher and given to the Borrower (Abka Re Bey ex- rel Tabitha Gentry).

2.   Bank of America Bank or its Assigns are hereby 'Requested' to produce any '**Allonge**'; any '**Bill of Exchange**'; and any other '**Promissory Note**' (exposing the front and the back) complete with any '**Affixations**' or '**Allocations**' attached to the original '**Borrower's Promissory Note**' and used for '**Endorsements**'.

3.   Bank of America Bank or its Assigns are hereby 'Requested' to produce all **Bookkeeping Journal Entries** associated with the **Loan** bearing the Parcel Number 06021600034, and given to the Borrower (Abka Re Bey ex-rel Tabitha Gentry ).  Include the complete names, the addresses, the locations, and the business contacts of all the acting Trustee(s) and / or the Surety Holders.

4.   Bank of America Bank or its Assigns are hereby 'Requested' to produce and to reveal the '**Deed of Trust**' associated with the **Original Loan** issued from your Bank / Agency / Company / or Representative(s); and reveal all other notes related in any way to the Borrower (Abka Re Bey Tabitha Gentry).

*a copy was also forwarded to Bank of America*

1

5.    Bank of America Bank or its Assigns are hereby 'Requested' to produce evidence of the 'Insurance Policy' that was put in place on or against the Borrower's 'Promissory Note' and associated with the Loan bearing the Parcel Number 06021600034.

6.    Bank of America Bank or its Assigns are hereby 'Requested' to produce all 'Call Reports' and any other related 'Notes' or instruments made or constructed for the entire period covering the Loan.

7.    Bank of America  Bank or its Assigns are hereby 'Requested' to produce evidence of the original 'Deposit Slip' issued for the Deposit of the Borrower's 'Promissory Note' associated with the Loan.

8.    Bank of America Bank or its Assigns are hereby 'Requested' to produce the 'Original Order' authorizing the withdrawal of Funds from the Borrower's 'Promissory Note' Deposit Account.

9.    Bank of America Bank or its Assigns are hereby 'Requested' to produce the 'Account Number' and source from which the money came to 'Fund' the original 'Check' given to the 'Borrower'.

10.   Bank of America Bank or its Assigns are hereby 'Requested' to produce 'Verification' evidence, and proof that the Borrower's 'Promissory Note' was a 'Gift' to the 'Lender' from the Borrower; and that the same was disclosed to the Borrower ( Abka Re Bey ex-rel Tabitha Gentry

11.   Bank of America Bank or its Assigns are hereby 'Requested' to produce the full and complete 'Name' and the 'Address' of the current 'Holder' of the Borrower's 'Promissory Note' associated with the Loan.

12.   Bank of America Bank or its Assigns are hereby 'Requested' to produce the full and complete 'Names' and the 'Addresses' of the 'Lender's CPA and 'Auditor' or any other holder or record - keeper for the entire period covering the Execution of the Mortgage or Loan.

This Writ shall stand as firm and 'Lawful Evidence' of the Borrower's exercising his or her 'due process' right to Discovery and Disclosure; and establishes 'For The Record' an honorable and 'Good Faith' attempt on his or her part to clear up any flawed entries; any insensate misrepresentations; or any other mis-prints, mistakes, or confusion concerning his or her intent to make clear, unvarnished, and corrective resolutions in this Loan or Mortgage Foreclosure matter, before accepting any vague assumptions, and before taking any further actions.

I (Abka Re Bey ex-rel Tabitha Gentry) am prepared to meet with you, or your authorized Bank, Company Representative(s), or Assigns forthwith. I will have attentive Consul / Council and Witnesses present, for the Record. Bank of America and its Representative(s) or its Assigns have claimed to be a 'Secured Party-of-Interest' in the 'Loan Account' Number, 06021600034. Therefore the requisite, obligatory, documented and preserved records of the same are required by law to have been placed in 'Evidence' by the Bank or its Assigns in order to lawfully initiate any court 'Action'. Proof and documented evidence of that same evidence is also hereby formally requested.

A failure or any avoidance of complete answers by your Bank, Company, or Loan Officer(s) of  Bank of America or its Assigns to 'Respond' to this lawful Writ,; and a failure to responsibly answer all 12 of the clearly – specified, Loan - related requests herein listed, will be considered an affirmation that your Bank or Company Representative(s) have 'No Interest' and 'No Claims' in the Loan matter at hand. Bank of America or Realty Acquisitions are required to answer this Writ / Request completely; and are to complete and return the same within the allotted twenty (20) days of Receipt of this lawful 'Writ in the Nature of Discovery and Disclosure'. Any acts of diversion, redirection, or an incomplete or non-answered Response will be considered as an affirmation of disingenuous intent. And the said failure of Response to any or all of the specific twelve (12) above - noted issues shall constitute willful 'Non-Disclosure' and Default. Such a failure of full Response will be deemed a 'Dishonor' and a non-answer of this Notice and Demand for Discovery and Disclosure; voiding all and any claims made by Bank of America or by its Representatives(Realty  Acquisitions, Agents or Assigns.

This said Legal Notice to Principal is a Legal Notice to Agent; and this Legal Notice to Agent is a Legal Notice to Principal.

Sincerely Yours,

I Am ___Alfa Re Bey ex-rel Tabitha R Gentry___
Name: Natural Person, In Propria Persona, Authorized Representative.
All Rights Reserved

Witness: ___Anas Selkhot Re El___