# Moorish Americans
### Aboriginal Natural Peoples of the Land -- North America / Northwest Amexem

## Affidavit of Fact
### Notice of Default Judgment

January 5, 2012                                                                                           EXHIBIT C

United States Republic Postmaster Article No:70111570000167553872

RE: "Writ in the Nature of Discovery" dated November 16, 2011.

You were advised that certain documentation was requested to make a physical inspection and enable the Borrower to verify and Witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within twenty (20) days of the receipt of this Notice of Discovery.

Per the United States Republic Postmaster the request was received by Realty Acquisitions on December 16, 2011. Deadline for receipt of documentation was December 26, 2011.

As this request has not been Honored -- this notice of default judgment is being submitted and all claims, petitions, suits, fillings with any third party corporations regarding my credit history be dismissed and expunged.

All officers of the Court are required to take an oath of office to uphold the Constitution of the United States.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

Denial of Discovery is in direct violation of my Constitutionally Secured Rights to **"Due Process of Law"** which is a direct violation of your oath of office.

*The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."*

*"If any question of fact or liability be conclusively presumed against him, <u>this is not due process of law</u>, Zeigler v. Railroad Co., 58 Ala. 599."*

*"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are void under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").*

Centralized Small Claims *is not an Article III court; and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage*

*A copy was also forwarded to Bank of America*

*others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially. Thompson v. Smith, 154 SE 583."*

*"... Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."*

I, Abka Re Bey ex-rel Tabitha R Gentry, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests this Court fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith'.

All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Docket Number #, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits.

Thank You,

*[signature: Abka Re Bey]*  *[signature: Unal Selikhat Re El]*
Ex-Relational Tabitha R Gentry
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

Exhibit A: Copy of Writ In The Nature of Discovery
Exhibit B: Copy of United States Republic Postmaster Return Receipt to Bank of America

cc:   State of Tennessee Attorney General
      Robert E Cooper Jr.
      P.O. Box 20207
      Nashville, TN 37202- 0207

      State of Tennessee Secretary of State
      Tre Hargett
      312 Rosa L. Parks Ave.
      8th Floor Snodgrass Tower
      Nashville, TN 37243-1102

      Bank of America
      6060 Poplar Suite 100
      Memphis, TN 38187