Moorish National Republic Federal Government
Northwest Amexem / Northwest Africa / North America
Societas Republicae Ea Al Maurikanos
Aboriginal / Indigenous, Natural Peoples of the Land
The True and De jure Al Moroccans / Americans
TREATY OF PEACE & FRIENDSHIP 1787 VS THE TREATY OF VERONA 1213
Response to (REALTY ACQUISITIONS      March 13, 2012

Attention: BANK OF AMERICA                                        EXHIBIT D
Address
6060 Poplar Suite 10           **Re: Account Number** [06021600034]
Memphis, TNN 38187
Attention: Marvin Fisher

**Responder**: Abka Re - Bey, Ex Rel. Tabitha R. Gentry, Natural Person / Indigene; In Propria Persona (and not Pro Se) Non-Domestic and Non-Subject.
**Nationality / Identity**: Moor / Moorish American – Aboriginal Natural Person of the Organic Land / 'The North Gate'
**Status**: Aboriginal / Indigenous; Descendant of the Ancient Ones / Moabites / Moors – Northwest Amexem / Northwest Africa / North America; Freehold by Birthright, Inheritance and Primogeniture Status.
**Jurisdiction / Venue**: Societas Republicae Ea Al Maurikanos / Moorish National Republic Federal Government; United States Republic, (De Jure.) Constitution, Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly.
**Continent**: Territorial Jurisdiction: Northwest Amexem / Northwest Africa / North America; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan / Americana); And Not a subject, foreign, nor artificial, corporate fictional, U.S. Citizen (created on paper).

LOANSTAR MORTGAGEE SERVICES, L.L.C.
P. O. BOX 9013
ADDISON, TEXAS 75001-9013

Re: Account Number 06021600034

Dear LOANSTAR MORTGAGE SERVICES;

The **unsigned**, and **unidentified** NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST is '*accepted for value*'. I did not find your **check** enclosed. There is no dispute of the facts. I request **Settlement**, and immediate removal from the Tom Leatherwood Register of Deeds Shelby County, Tennessee records of NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST. I also 'Request' adjustment of this Account; and the immediate closure of **Escrow**.

LOT 243 ,SECTION C,KENSINGTON GARDENS SUBDIVISON,AS SHOWN ON PLAT OF RECORD IN PLAT BOOK 20, PAGE 13 IN THE REGISTERS OFFICE OF SHELBY COUNTY, TENNESSEE TO WHICH PLAT REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID PROPERTY.

Since my records indicate that the '**Payoff Settlement**' amount provided by Wells Fargo Home Mortgage Services (BANK OF AMERICA) has been '**Redeemed**', please provide the '**Original Documentary Draft Note**' that provided the Funds. If you are claiming a **Debt** still owing, then **Disclose** and provide the documented **Assessment**, pursuant to the '**Fair Debt Collections Practices Act**'. Otherwise, as the '**Fiduciary Holder**' of this Account, I am authorizing you to pay it.

Enclosed is a thank you letter from WELLS FARGO HOME MORTGAGE CORP., with their Account Number _____, for payment in full; the Accepted-for-Value '**Reconveyance**'; "Paid-in-Full", Accepted-for-Value 'Deed of Trust'; "Paid-in-Full", Accepted-for-Value **Note** for this Account. TABITHA ROCHELLE GENTRY is the **Beneficiary** on this Account. If there remains any further **veiled**, **hidden**, or **undisclosed Liens on the Documentary Draft (Note)** or any outstanding FHLMC (Loan Number 06021600034)
Or any other derivatives therefrom, please **Disclose** and provide them for my approval. Your immediate '**Response**' to this '**Request**' is necessary for my **Remedy**; and to provide the '**Closure**' of this **Escrow**. You have my authorization to file a **Claim** with LENDER'S

1

*A copy was also forward to Bank of America*

ADVANTAGE, a subsidiary of FIRST AMERICAN TITLE INSURANCE CO. (Attorney-in-Fact) to clear the title on the property of all such **Liens**.



    In the event that you **Dishonor** my acceptance of your offer, then please '**show cause**' why a 'Tort Claim' should not issue for the tactics you are using in threatening to take the property of TABITHA ROCHELLE GENTRY. If I do not hear from you within ten (10) days of receipt of this Fiduciary's Request, I will take this matter into a Federal forum of '**Diversity of Citizenship**'. A Failure to cease collection activity until timely **Disclosure** and *validation* of the **Debt**, subjects the **Collector** to Suit for damages under the '**Fair Debt Collections Act**' and voids any legal proceedings including 'Mortgage Foreclosures'.

Until then,

I Am: _____
ABKA RE BEY, Authorized Agent and
Attorney-in-Fact for: TABITHA R, GENTRY

Copies to:

LONESTAR MORTGAGEE SERVICES, L.L.C
PLAZA HOME MORTGAGE BANK, FSB
G.E. CAPITAL MORTGAGE SERVICES, INC.
WELLS FARGO HOME MORTGAGE CORP.
COMPTROLLER OF THE CURRENCY
SECRETARY OF THE TREASURY
INTERNAL REVENUE SERVICE
FEDERAL HOME LOAN MORTGAGE CORP.
J. C. WATT, FREDDIE MAC POLICY
SECURITIES AND EXCHANGE COMMISSION
PENNSYLVANIA DEPARTMENT OF CORPORATIONS

CERTIFICATE OF MAILING

    Abka Re Bey, the undersigned, in my proper person, and over the age of 18 years, do hereby certify that the following is true and correct: I am not a party to the above entitled matter and, on the date stated below, I served this notice by placing a true copy thereof in an envelope, which was addressed, as shown above, and then by sealing the said envelope and depositing it, with postage thereon fully prepaid, and placed it in the United States mail at Philadelphia County, Pennsylvania Commonwealth, North America.

Date of mailing: March 19, 2012     I Am: _____
ABKA RE - Bey, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione TABITHA R . GENTRY
All Rights Reserved:
U.C.C. 1-207 / U.C.C. 1-308; U.C.C. 1-103
C/o 3156 CROMWELL AVE
MEMPHIS / TNN / TENASI  Territory
Any Name Corporate State
[Zip Exempt] [XXXXX]
Via United States Mail
Non-Domestic