Exhibit-E



# RA
Realty Acquisition, LLC

5294 Cottonwood #4
Memphis, Tn 38118
(901)795-0284

January 6th, 2012

3156 Cromwell

Mrs. Tabitha Gentry,

ATTENTION RESIDENTS: This letter is in regards to your outstanding rental balance. Our records indicate that as of the January 6th, 2012 you have a balance of $1,785 that needs immediate attention. Balance needs to be made ASAP!! And this balance includes Decembers rent in with it. So you need to come up with the full amount payment to avoid eviction. Please contact the off at 901-795-0284.

If you do not contact the office by the January 9th, 2012

The eviction will be filed on January 10th, 2012