Exhibit F

**RA**

5294 Cottonwood #4
Memphis, TN 38118
901- 795-0284

Date: 5·16·12

Address: 3156 Cromwell

## Late Notice:

ATTENTION RESIDENTS: This letter is in regards to your outstanding rental balance. Our records indicate that as of the 5-16-12 you have a balance of $ 4250 ⁰⁰ that needs immediate attention. Balances needs to be made ASAP. Please contact the office at 901 795-0284 as soon as possible to avoid eviction and make arrangements.

If you do not contact the office by friday 5-18-12.

The eviction will be filed on 5-20-12.

Catherine Carter
662-687-2436

901-365-1741