# IN THE SHELBY COUNTY COURT OF GENERAL SESSIONS

DETAINER WARRANT No. __156O5O8__

To Any Lawful Officer to Execute and Return:

STATE OF TENNESSEE, COUNTY OF SHELBY, TO THE SHERIFF OF SAID COUNTY
WHEREAS, Complaint has been made to me by the plaintiff(s):
_____Realty Acquisition, LLC._____(name of landlord/owner)
of a certain forcible entry and detainer, or an unlawful detainer, made by the defendant(s):
_____Tabitha Gentry and All Other Occupants _____ (name of tenant)
unto certain lands or premises, in this county, described as follows, to wit:
_____3156 Cromwell, Memphis, TN_____ (property address/residence)
to which plaintiff(s) claims the right of possessions, and that defendant(s) unlawfully detain same.
**You are therefore commanded** to summon the above named defendant(s) to appear before the Shelby County Court of General Sessions on a _____ at _____, to answer to the above complaint and further plea of debt in the amount of $__4250_____ (amount of back rent and late fees owed), **plus additional accrued rent, damages, and attorney fees, possession of the described real property and the cost of the cause, and any other sums which may become due before the hearing of this cause.**
Issued_____ day of _____, 2011
**Otis Jackson, Jr, General Sessions Clerk** By _____ D.C.

---

### PLAINTIFF'S ATTORNEY INFORMATION

____M. Neal Hanna_____        _____871 Ridgeway Loop, suite 115, Memphis, TN 38120_____
         (Name)                                                              (Address)

_____    _____024465_____    ____901-753-1600_____    _____1-866-753-1607_____
(G.S. Code No.)            (B.P.R. No.)          (Phone Number)              (Fax)

---

### JUDGEMENT

Judgment for the _____ that he/she be restored to the possession of the land or premises described in this warrant, and that a Writ of Possession issue therefore and also for $_____
and cost of the cause, for which let execution issue. Judgment is_____ or is not _____based on a breach contract for failure to pay rent.
This_____ day of _____, 200__        _____
                                                                        Judge, Division_____

---

### OFFICER'S RETURN

Received __4th__ day of __June__, 2012, Executed __14th__ day of __June__, 2012
ON AN ADULT PERSON FOUND IN POSSESSION OF PREMISES, WHO GAVE THE NAME OF
_____
AND SERVING NOTICE THAT THE CASE IS SET FOR TRIAL BEFORE THE COURT OF GENERAL SESSIONS ON:
**COURT HEARING DATE AND TIME**
__Thur__, THE __14th__ DAY OF __June__, 2012 AT __10:00 am__
(day of week)                                                     (10:00 am or 1:30 PM)
ROOM 106, SHELBY COUNTY COURTHOUSE, 140 ADAMS AVENUE, MEMPHIS TENNESSEE 38103
MARK LUTTRELL, SHERIFF By_____ P.P.S.

2012 MAY 30 11:16 GENERAL SESSIONS COURT CLERK

# NOTICE

**NOTICE TO DEFENDANT(S):**

    **Pursuant to Chapter 915 of the Public Acts of 1978 as amended by Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:**

    Tennessee law provides a four thousand dollar ($4000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim property as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before a judgment becomes final, it will not be effective as to any execution, or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed: these include items necessary wearing appeal (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the Family Bible, and school books. Should any of these be seized, you may have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

# FAIR DEBT COLLECTION NOTICE

    The Plaintiff named in this lawsuit has placed your account for collection and legal proceedings. Unless you dispute the debt or any portion thereof within thirty (30) days from the date you receive this summons, the debt will be assumed to be valid. If you notify the attorney for the Plaintiff within the thirty- (30) day period that you dispute the debt or any portion thereof and request verification, verification of the debt or a copy of the judgment will be forwarded. However, not withstanding the claim for verification the lawsuit will be pursued at this time.