*Exhibit - H*

# IN THE SHELBY COUNTY COURT OF GENERAL SESSIONS

*Roy Kent*

DETAINER WARRANT No. **1560508**

**To Any Lawful Officer to Execute and Return:**

STATE OF TENNESSEE, COUNTY OF SHELBY, TO THE SHERIFF OF SAID COUNTY
WHEREAS, Complaint has been made to me by the plaintiff(s):
_____**Realty Acquisition, LLC.**_____ (name of landlord/owner)
of a certain forcible entry and detainer, or an unlawful detainer, made by the defendant(s):
_____**Tabitha Gentry and All Other Occupants**_____ (name of tenant)
unto certain lands or premises, in this county, described as follows, to wit:
_____**3156 Cromwell, Memphis, TN**_____ (property address/residence)
to which plaintiff(s) claims the right of possessions, and that defendant(s) unlawfully detain same.
**You are therefore commanded** to summon the above named defendant(s) to appear before the Shelby County Court of General Sessions on a _____ at _____, to answer to the above complaint and further plea of debt in the amount of $ **4250** (amount of back rent and late fees owed), **plus additional accrued rent, damages, and attorney fees, possession of the described real property and the cost of the cause, and any other sums which may become due before the hearing of this cause.**
Issued **30** day of **May**, 2011
**Otis Jackson, Jr, General Sessions Clerk** By _____*A Kent*_____ D.C.

---

### PLAINTIFF'S ATTORNEY INFORMATION

_____M. Neal Hanna_____  _____871 Ridgeway Loop, suite 115, Memphis, TN 38120_____
(Name)                                                  (Address)

_____  ____024465____  ____901-753-1600____  ____1-866-753-1607____
(G.S. Code No.)    (B.P.R. No.)      (Phone Number)              (Fax)

---

### JUDGEMENT          4250

Judgment for the _____**π**_____ that he/she be restored to the possession of the land or premises described in this warrant, and that a Writ of Possession issue therefore and also for $ _____ and cost of the cause, for which let execution issue. Judgment is ___✓___ is not _____ based on a breach contract for failure to pay rent.
This _____ day of **JUN 1 4 2012** _____
                                            Judge, Division

---

### OFFICER'S RETURN

Received **8th** day of **JUNE**, 2011, Executed **11th** day of **JUNE**, 20**12**
ON AN ADULT PERSON FOUND IN POSSESSION OF PREMISES, WHO GAVE THE NAME OF
**TABITHA GENTRY**
AND SERVING NOTICE THAT THE CASE IS SET FOR TRIAL BEFORE THE COURT OF GENERAL SESSIONS

**COURT HEARING DATE AND TIME**

**THUR**, THE **14th** DAY OF **JUNE**, 2012 AT **10:00 Am**
(day of week)                                            (10:00 am or 1:30 PM)

ROOM 106, SHELBY COUNTY COURTHOUSE, 140 ADAMS AVENUE, MEMPHIS TENNESSEE 38103
MARK LUTTRELL, SHERIFF By ____*Roy Kent*_____ P.P.S.

*2012 MAY 30 A 11: [illegible] GENERAL SESSIONS COURT CLERK*