*Exhibit I* (handwritten)

# AFFIDAVIT OF SERVICE

State of Tennessee
County of Shelby

I, **ROY L. KENT, II**, first being duly sworn, make an oath that I personally served the following litigant with a copy of the stated warrant issued by the Shelby County, Tennessee Courts of General Sessions.

Litigant: _Tabitha Gentry_

Civil Warrant Number: _1560508_

Time Served: _7:25 am_

Date Served: _6/11/12_

Address where served: _3156 Cromwell_

I have served said warrant in compliance with all the laws of the State of Tennessee and the rules of the General Sessions Court, Shelby County. I have further notified the Litigant that this matter is set for a hearing at the place stated on the warrant on _6/14/12_ at _10:00 am_.
                                          Date                                           Time

_[signature]_
Server

**1425 ELVIS PRESLEY BLVD., MPHS., TN 38106**
Address

**901-282-7855**
Phone

[Notary Seal: SETERIA MILLER, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF SHELBY, MY COMM. EXP. NOV. 28, 2015]

_[signature]_
NOTARY:

Sworn to and Subscribed to me this _11th_ day of _June_ 2012.

My Commission Expires: _11/28/2015_