COUNTY OF SHELBY
STATE OF TENNESSEE

## OATH OF OFFICE

I, LYNN COBB, DO SOLEMNLY SWEAR THAT I WILL PERFORM WITH FIDELITY THE DUTIES OF THE OFFICE OF JUDGE OF GENERAL SESSIONS CIVIL COURT, DIVISION I, TO WHICH I WAS ELECTED ON AUGUST 3, 2006.

I FURTHER SOLEMNLY SWEAR THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF THE STATE OF TENNESSEE, AND I FURTHER SOLEMNLY SWEAR THAT I WILL ADMINISTER JUSTICE WITHOUT RESPECT OF PERSONS, AND DO EQUAL RIGHTS TO THE POOR AND THE RICH, AND THAT I WILL FAITHFULLY AND IMPARTIALLY DISCHARGE AND PERFORM ALL DUTIES INCUMBENT UPON ME AS SUCH JUDGE TO THE BEST OF MY SKILL AND ABILITY.

_____
LYNN COBB

## CERTIFICATE OF PERSON ADMINISTERING OATH OF OFFICE

I, Lyle Reid, HEREBY CERTIFY THAT I ADMINISTERED THE AFOREGOING OATH OF OFFICE TO LYNN COBB ON THE 26º DAY OF August, 2006.

_____
Lyle Reid
Justice (Ret.)

GENERAL SESSIONS COURT CLERK
2012 JUN 18 A 8: 4