

Exhibit·L





EXHIBIT AA1-ARB

## I.S.L.A.M.    Moorish   Americans   Northwest Amexem

# AFFIDAVIT OF FACT

# DECLARATION OF ALLODIAL TITLE
## DECLARATION OF THE GREAT SEAL NATIONAL ASSOCIATION OF MOORISH AMERICAN

**To All Elected United States Republic Officials and Public Servants of Federal, State, Presents:**

WE THE PEOPLE of Societas Republicae Ea Al Maurikanos, the Aboriginal Indigenous Moorish Americans domiciled in Medina where the private nonprofit corporation called CITY OF MEMPHIS /MEMPHIS/MEMPHIS CITY operates; assemble together in the civic body of Our Great Seal National Association Of Moorish Affairs to execute the powers of Our Great Seal Government standing firmly upon Our square securely fixed upon the FIVE Point of Light being Love(Hibu),Truth(Haqq),Freedom(Hurryatun),Justice (Adl), and Peace (Saalam).

Our Council Fire has been lit and Our Family of Council Lord holding the Peoples' Seats have gathered to execute the Sovereign delegated Powers of The People though the Office they hold. Abka Re Bey has been stood before us and has proven to be virtue of her good life and Knowledge of good Thing ,naturally fitted as a teacher of good things ,a teacher of peace and our religion of Islam ,one who keeps to our ancient custom and traditions ,to be one who is mindful of "the coming faces" and so treads upon the ground gently, one who heres the voice of our ancestors and honors them and so a "Pine Tree sprung up for the nation' and shall hear her an entrust Abka Re Bey with the Honor and Responibility of initiating and maintaining our spiritual rituals, ancient spiritual systems, ancient customs, religious observances, spiritual festivals, spiritual traditions, to strengthen our distinct relationship with the lands to be mentioned, etc.

To this end, WE THE PEOPLE of Societas Republicae Ea Al Maurikanos, exercise Our rights to Our Land, Re Affirm Our connection to Our lands, thus we Nationalize the Parcel of land(s) mentioned in this document; as it is our birthright to do so, as only a National can Nationalize Land and we place Abka Re Bey in care of the aforementioned land(s), Our honorable competent for the Nation.' To be cared for. WE THE PEOPLE of Societas Republicae Ea Al Maurikanos, for the record remove any claims to Our land under Abandonment by any coporate entity or by CORPORATE PERSONS. WE THE PEOPLE of Societas Republicae Ea Al Maurikanos, clear the afformentioned Lands of any claims by 'Nom de Guerre' or erroneous designations by any fictional entity created under color by the unclean hands of others.
WE THE PEOPLE OF Societas Republicae Ea Al Maurikanos the Aboriginal Indigenous Moorish Americans domiciled in Medina; assemble together in the civic body of Our Great National Association of Moorish Affairs executing the Powers of the Five Points of Light being Love- Hibu, Truth- Haqq, Freedom- Hurryatan ,Justice-Adl, and Peace-Salaam; State, Proclaim, and Declare the following to be true ,correct , certain, complete, not misleading , supreme, and not intended to be presented for any misrepresented , "colored" or improper use or purpose , to wit:

1

EXHIBIT AA1-ARB

Upon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Abka Re Bey, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, Abka  Re Bey, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

The Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

I ,Abka Re Bey Ex-Rel Tabitha  Gentry  state and publish for the record: My  Declaration, of Status:  Aboriginal / Indigenous Natural Person; Freehold by Birthright, Inheritance and Primogeniture; Affirming my  Substantive Rights and Sovereign Birthrights to own property , in harmony with the Highest and most Supreme Law of Land. I am 'In Propria  Persona' (Not Pro Se); and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity ; created by the hands of other by way of misrecital or Artifical legal construct ';nor a 'Man-of-Straw'; as written, typed Photocopied ,or scribed in all CAPITAL-LETTER).I am a Natural Dweller and Natural Citizen in, of, and on the Lands of my Forefathers – Northwest Amexem\Northwest Africa \North America\North Gate. Indeed, no more than (Affidavits) is necessary to make the Prima Facie case." United State v Kis 658 F 2nd 526,536 (7th Cir, 1981);Cert Denied   50 U.S.L.W. 2169,S Ct. March 22, 1982 . Land(s) DESCRIPTION: Referred to by the corporation named CITY OF MEMPHIS, COUNTY OF SHELBY,STATE OF TENNESSEE:

LOT 243,SECTION C, KENSINGTON GARDENS SUBDIVISION, AS SHOWN ON PLAT OF RECORD IN PLAT BOOK 20, PAGE 13, IN THE REGISTER'S OFFICE OF SHELBY COUNTY, TENNESSEE TO WHICH PLAT REFERENCE IS HEREBY MADE FOR MORE PARTICULAR DESCRIPTION OF SAID PROPERTY.

BEING THE SAME PROPERTY CONVEYED TO GRANTOR HEREIN BY DEED RECORDED SIMULTANOUSLY HEREWITH IN THE SHELBY COUNTY REGISTER'S OFFICE.

THIS  CONVEYANCE  ISMADE  SUBJECT  TO  SUBDIVISION  RESTRICTIONS, BUILDING LINES AND EASEMENTS OF RECORD IN PLAT BOOK 20, PAGE 13, IN THE SHELBY COUNTY REGISTER'S OFFICE.

PARCEL NO.:
06021600034

The aforementioned Land(s) described by the City of  Memphis Corporation Shelby County State of Tennessee. I hereby issue claim and accept this Allodial Title of ownership from WE ARE THE PEOPLE of Societas Republicae Ea Al Maurikanos, the Aboriginal Indigenous Moorish Americans domiciled in Medina to the above "Land Description" and property by Inalienable right. THAT, the land(s) description(s) and location(s) listed in this affidavit value 57,500.00 dollars of Lawful United States of America money per Article I Section 10of the United States Repulic Constitution; the above – described land is Secured by "WE THE PEOPLE" of Societas Republicae Ea Al Maurikanos, the Aboriginal Indigenous Moorish Americans domiciled in Medina.

Article 1, Section  X
"All debt Shall be payable in gold or silver coin"

That recipients hereof is bound and mandated by the Constitution of the United States Republic with special attention to Article VI Section 1st, 2nd and 3rd; Article IV Sections 1st, 2nd, 4th and 10th Amendment, to acknowledge Declaratory statement of Allodial Title.

Reference: Declaration of the Rights of Indigenous People – International Laws 1994:

Article 3: Indigenous Peoples have the right to self-determination, by virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

Article 4: Indigenous people have the right to maintain and strengthen their distinct political economic, social and cultural characteristics, as well as their distinct political, economic, social and cultural Life of State.

 Part II
Article 7: Indigenous people have the collective and individual right not to be subjected to ethnocide and cultural genocide including of and redress for:

(B)   Any action which has the aim or effect or disposing them of their land territory or resource.
(C)   Any form of population transfer, which has the aim or effect of violating or undermining, any of their rights.
(D)   Any form of assimilation or interrogation by other cultures or ways of life imposed on them by legislative, administrative, or other measures.

 Article 13: In applying provisions of this part of the conventions government shall respect the special importance for the culture and spiritual value of the people concern of their relationship with the land or territories, or both as application, which they occupied or otherwise use and in particular the collective aspect of this relationship.

2: Governments shall take steps as necessary to identify the land which the people concerning traditionally occupy, and to guarantee effective protection of their rights of ownership and possession.

3: Adequate procedures shall be established within the national legal system to resolve land claims by the people concerned.

Article 15
2: The rights of the people concerned to the natural resource pertaining to their lands shall be specifically safeguarded, these rights include the rights of these people to participate in the use, management and conservation of these resources.

Article 16:

2: Subject to the following paragraph of this article, the people concerned shall not be removed from the Land in which they OCCUPY.

3: Where the relocation of these people is considered necessary as an exceptional measure, such relocation shall take place only with their free and formed consent. Where their consent can not be obtained, such relocation shall take place and regulation, including public inquiries where appropriate in the use, management and conservation of these resources.

4: Whenever possible, these people have the right to return to their traditional lands, as soon as the grounds for relocation cease to exist.

5: When such return is not possible, as determined by agreement or, in the absence of such agreement, through appropriate procedures. These people shall be provided in all possible case with lands of quality and legal status at least equal to that of the lands previously occupied by them, suitable to be provided for their present needs and future development. Where the people concerned expressed a preference for compensation in money or in kind, they shall be so compensated under appropriate guarantee.

## NOTICE OF RIGHTS SECURED

This affidavit of Allodial Title of Ownership is accepted without prejudice and shall be notice of an Inalienable interest in said land with all common law rights reserved and all rights Secured Under the Universal Declaration of Human Rights of 1948 with special attention to Article 17 (1) which states that everyone has the right to own property aloneas well as in association with others (2) No one shall be arbitrarily derived of property. The United States Declaration of Indigenous Peoples with special attention Article 10 which states that Indigenous People shall not be forcibly removed from their lands or territories under the Treaty of Peace and Friendship between Morocco and The United States: 1787/1836.

### MEMORANDUM IN SUPPORT

The United States never held any Municipal Sovereignty, Jurisdiction, or rights of soil in and Territory of which Alabama, or any of the New States, were formed, except for temporary purposes SEE Pollard's v Hagan, 44 U.S.3 How. 212(1845).

Moors / Moorish Americans / Muurs Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

Egypt, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North,

4

South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

The 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

The Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, Ali, El, Bey, Dey, and Al. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights,

**EXHIBIT AA1-ARB**

and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

I

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice.  The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and

Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "Executive Order 13107"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

Furthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);  The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural

EXHIBIT AA1-ARB

People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 s. 778, 779, and 781:

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v. Smith 154 SE 579:

5. State Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):

6. The state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly. Fairbanks v. US 181, US 283, 294, 300:

7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways /

highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

8.   Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623, 659—60:

9.   Where Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:

10.   The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:

11.   For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. Sherer v. Cullen 481 F. 945:

12.   If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13.   "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties". Industrial Addition Association v. C.I,R., 323 US 310, 313.

Whereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are

**EXHIBIT AA1-ARB**

legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not  willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

Whereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights.  It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

That the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

Therefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);  The United States Supreme Court - 'Acts of State'; The Foreign

Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "Executive Order 13107" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

Wherefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law.  All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personality, Conveyances, Freedoms, and / or Dignity.

**E**xplicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts.   I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens.   Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**R**epresent means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State).   Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States.   Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes!   These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc.   Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can 'Present' 'Self'!

**EXHIBIT AA1-ARB**

**I**, ABKA Re Bey, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

**Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom),** Adl (Justice),

**A**ll Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

I   Am: *Ulifra Re Bey ex-ul Jahretha R Dewey*
<span style="font-size:smaller">Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved</span>

**A**boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

<span style="font-size:smaller">*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Amexu / Americana)</span>

**B**y Special Appearance, before me on Day _13th_ of _June_____, 2012 CCY = 1430 M.C., in Honor, the Divine Being, Abka Re Bey, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

9

Abka Re Bey ex-rel

Chronos:
Day: _13th_    Month: _June_    Year: _2012_

Am:

_Sabirah U. Detay_

Vizir / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

Free Moor / Muur
Northwest Amexem / Northwest Africa / North America

Witness: _Unal Selkhot Re El_

Natural Person - In Propria Persona - All Rights Reserved

Witness: _____

Natural Person - In Propria Persona - All Rights Reserve

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

State of Tennessee   County of Shelby
Sworn and subscribed before me, came
with satisfactory State ID of Mississippi TAbi Thit
Rochelle Gentry / ABKit Re Bey.

Antoinette Gilcrest, Notary
My commission expires January 19, 2014

This instrument prepared by:
Name: _Abka Re Bey_ [Re]rel Tabitha Gentry
Address: _3156 Cromwell Ave_

ANTOINETTE GILCREST
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF SHELBY
MY COMM. EXP. JAN. 19, 2014