Exhibit-O

reconveyance

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Realty Acquisitions
Marvin Fisher
5294 Cottonwood Suite 4
Memphis, TNN 38118

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Christina [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Christina Gamba

C. Date of Delivery 3/20/12

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7009 0080 0001 8652 9292

PS Form 3811, February 2004 -1540

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Realty Acquisitions
5294 Cottonwood Suite 4
Memphis, TNN 38118

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Christina Gamba ☐ Agent ☑ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 12-16-11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7009 0080 0001 8652 9995

PS Form 3811, February 2004 -M-1540

Exhibit D

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Realty Acquisition
5294 Cottonwood Suite 4
Memphis TN 38118

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name)*

C. Date of Delivery 12/5/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7009 0080 0001 8651 4052

PS Form 3811, February 2( 102595-02-M-1540

---

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Realty Acquisitions
5294 Cottonwood #4
Memphis, TN 38118

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☑ Addressee

B. Received by ( *Printed Name)*
Summer Martine

C. Date of Delivery 2-1-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Default

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7011 1570 0003 4723 0814

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Exhibit-O

w/ signature

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Realty Acquisition
Street, Apt. No.; or PO Box No.: 5294 Cottonwood Suite 4
City, State, ZIP+4: Memphis, TN 38118

PS Form 3800, August 2006 — See Reverse for Instructions

7009 0080 0001 8652 9995

Delivered

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Realty Acquisitions
5294 Cottonwood Suite 4
Memphis, TN 38118

2. Article Number (Transfer from service label): 7009 0080 0001 8652 9995

Form 3811, February 2004 — M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Christina Hanks ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 12-16-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

USPS, HOLIDAY CI
MEMPHIS, Tennessee
381189998
4761480968 -0099
12/15/2011 (800)275-8777 04:01 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MEMPHIS TN 38118 Zone-0 First-Class Large Env | | | $1.08 |
| oz. | | | |
| Expected Delivery: 12/16/11 | | | |
| Return Rcpt (Green Card) | | | $2.30 |
| Certified | | | 2.85 |
| Label #: 70090080000186... | | | |
| Issue PVI: | | | $6.23 |
| Total: | | | $12.46 |
| Paid by: Cash | | | $15.00 |
| Change Due: | | | -$2.54 |

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postal...

TELL US ABOUT YOUR POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

Exhibit 4-D



UNITED STATES POSTAL SERVICE

Date: 12/01/2011

TABITHA GENTRY
3156 CROMWELL AVE
MEMPHIS, TN 38118-8257

Dear TABITHA GENTRY:

The following is in response to your 11/30/2011 request for delivery information on your Certified Mail(TM) item number 7011 1570 0001 6755 3865. The delivery record shows that this item was delivered on 1./22/2011 at 03:13 PM in MEMPHIS, TN 38187 . The scanned image of the recipient information is provided below.

Delivery Section

Signature of Recipient: Richard Ross

Address of Recipient: Richard Ross

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7009 0080 0001 8652 9285

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Bank of America Records Dept.
Street, Apt. No.; or PO Box No.: 6060 Poplar Ave. Suite 10
City, State, ZIP+4: [illegible] 38187

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7011 1570 0001 6755 3865

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Bank of America Documentation Dep
Street, Apt. No.; or PO Box No.: 6060 Poplar Ave
City, State, ZIP+4: [illegible]

Exhibit D

7009 0080 0001 8652 9292

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Realty Acquisitions
Street, Apt. No.; or PO Box No.: 5294 Cottonwood Suite 4
City, State, ZIP+4: Memphis, TN, 38118

PS Form 3800, August 2006 — See Reverse for Instructions

USPS, HOLIDAY CITY
MEMPHIS, Tennessee
381189998
4761480968 -0097
(800)275-8777
03/19/2012 02:50:59 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MEMPHIS TN 38187 Zone-0 | | | $0.65 |
| First-Class Letter | | | |
| 1.10 oz. | | | |
| Expected Delivery: Tue 03/20/12 | | | |
| Return Rcpt (Green Card) | | | $2.35 |
| Certified | | | $2.95 |
| Label #: 70090080000186529285 | | | |
| Issue PVI: | | | $5.95 |
| [illegible] TN 38118 Zone-0 | | | $1.10 |
| [illegible]lass [illegible] Env | | | |
| 1.10 oz. | | | |
| Expected Delivery: Tue 03/20/12 | | | |
| Return Rcpt (Green Card) | | | $2.35 |
| Certified | | | $2.95 |
| Label #: 70090080000186529292 | | | |
| Issue PVI: | | | $6.40 |
| Total: | | | $12.35 |
| Paid by: | | | |
| Cash | | | $13.00 |
| Change Due: | | | -$0.65 |

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
****************************************
****************************************

Bill#: 1000302344089
Clerk: 08

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
****************************************
****************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

YOUR OPINION COUNTS
****************************************
****************************************

Customer Copy

Exhibit - O

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
Documentation Department
6060 Poplar Ave.
Memphis TN 38119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Richard Ross ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7011 1570 0001 6755 3865

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Abka Re Bey ex-rel Tabitha Gentry
3156 Cromwell Ave
Memphis TN ~~38118~~ zip exempt
38118

IA