

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION
## CORRECTION and PUBLICATION

I, *Ahka Re Bey*, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, *Tabitha Gentry*, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known and Resolved that: I Am: *Ahka Re Bey*, 'In Propria Persona' (being in my own proper person) by birthright; WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

Wherefore, I *Ahka Re Bey*, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: *Ahka Re Bey*
A Free and Sovereign Moorish American National / Northwest Amexem / Africa / America
All Rights Reserved

Witness: *Laura*
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Reserved

Witness: *Issac ... Re El*
A Free and Sovereign Moorish American National / Northwest Amexem / Africa / America
All Rights Reserved

This instrument prepared By
Name: *Ahka Re Bey*
Address: *3156 Carnwell Ave*
*Memphis, TN 38118*

LNGCT No. 800111

*Laura A. Files*

*Exhibit -*
*()*

STATE OF TENNESSEE
   SHELBY COUNTY    } *ss.*
   CLERK'S OFFICE

WAYNE MASHBURN, *Clerk of said County do hereby certify that*

**LAURA A. GILES**

*before whom the annexed instrument was taken, and whose name is subscribed in the certificate of proof thereof, was, at the time of taking the same, a Notary Public in and for said county, duly sworn and acting as such, and authorized to take the same, and was also authorized to take acknowledgments to deeds or conveyances of land within the state aforesaid; and further, that I am well acquainted with his handwriting, and verily believe the signature thereto to be his genuine signature; and further, that the annexed instrument is executed and acknowledged according to the laws of the State of Tennessee.*

*In testimony whereof, I have hereunto set my hand and affixed the seal of said County, at Memphis, Tennessee, this*

_____ *day of*

_____ AUGUST _____ 20 __ 11

Wayne Mashburn *Clerk*

FORMS CONTROL S-802026-T



*Exhibit -*
*P*



*Tom Leatherwood*
Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.



1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 ~ (901) 379-7500
Website: http://register.shelby.tn.us ~ Email: Tom.Leatherwood@shelbycountytn.gov

Tom Leatherwood, Shelby County Register of Deeds: Instr. # 91T08T469

EXhibit - P

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country:        *United States of America*

2. This public document has been signed by        **WAYNE MASHBURN**

3. acting in the capacity of        **COUNTY CLERK OF SHELBY COUNTY, TENNESSEE**

4. bears the seal/stamp of        **COUNTY SEAL OF SHELBY COUNTY, TENNESSEE**

### Certified

5. at        *Nashville, Tennessee*

6. the        **Monday, August 15, 2011**

7. by        **TRE HARGETT, SECRETARY OF STATE, STATE OF TENNESSEE**

8. No.        **11-8996**



10.        Signature

*Tre Hargett*