Shelby County
Court of General
Sessions, et al
v
Abka Re Bey

**S. THOMAS ANDERSON**

Shelby County
Court of General
Sessions, et al
v
Abka Re Bey

**CHARMIANE G. CLAXTON**