IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, WESTERN DIVISION

REALTY ACQUISITIONS, ET AL.,

    Plaintiffs,

v.                                                           2:12-cv-2477-STA-cgc

ABKA RE BEY, a/k/a TABITHA
RECBELLE GENTRY,

    Defendant.

## NOTICE OF APPEARANCE

    COMES NOW separate Plaintiffs Realty Acquisitions, Marvin Fisher, Marcus Neal Hanna, Catherine Carter, and Michael Fisher, by counsel Thomas R. Greer and the law firm of Bailey & Greer, PLLC, 6256 Poplar Avenue, Memphis, TN 38119, and enter a limited appearance without waiving any objection with regard to the jurisdiction of this Court over Plaintiffs.

                                                                               Respectfully submitted,

                                                                               BAILEY & GREER, PLLC

                                                                               s/ Thomas R. Greer
                                                                               Thomas R. Greer (#24452)
                                                                               Bailey & Greer, PLLC
                                                                               6256 Poplar Avenue
                                                                               Memphis, TN 38119
                                                                               Phone: (901) 680-9777
                                                                               Fax:    (901) 680-0580

## CERTIFICATE OF SERVICE

      I, Thomas R. Greer, do hereby certify that a true and accurate copy of the foregoing has been upon the following persons via U.S. Mail on June 24, 2012.

Abka Re Bey a/k/a Tabitha Recbelle Gentry
3156 Cromwell Avenue
Memphis, TN 38118

                                                      s/ Thomas R. Greer
                                                      Thomas R. Greer