IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

REALTY ACQUISITIONS, ET AL.,

    Plaintiffs,

v.                                                        2:12-cv-2477-STA-cgc

ABKA RE BEY, a/k/a TABITHA RECBELLE GENTRY,

    Defendant.

## SEPARATE PLAINTIFFS' MOTION TO REMAND

COME NOW separate Plaintiffs Realty Acquisitions, Marvin Fisher, Marcus Neal Hanna, Catherine Carter, and Michael Fisher (hereinafter "separate Plaintiffs"), by and through counsel, and pursuant to 28 U.S.C. § 1447, hereby move this Honorable Court for an order remanding this case to state court. In support thereof, separate Plaintiffs would rely upon the Memorandum in Support of Motion to Remand, which is filed contemporaneously herewith and the entire record in this cause.

                                                            Respectfully submitted,

                                                            BAILEY & GREER, PLLC

                                                            s/ Thomas R. Greer
                                                            Thomas R. Greer (#24452)
                                                            Bailey & Greer, PLLC
                                                           6256 Poplar Avenue
                                                           Memphis, TN 38119
                                                           Phone: (901) 680-9777
                                                           Fax:    (901) 680-0580

## CERTIFICATE OF SERVICE

      I, Thomas R. Greer, do hereby certify that a true and accurate copy of the foregoing has been upon the following persons via U.S. Mail on June 25, 2012.

Abka Re Bey a/k/a Tabitha Recbelle Gentry
3156 Cromwell Avenue
Memphis, TN 38118

                                                             s/ Thomas R. Greer
                                                             Thomas R. Greer