Legal Notice of Removal

CASE NO: 12cv0247

# Affidavit of ~~Fact~~

## Notice of Attachment

June 29, 2012

Judge S. Thomas Anderson,

    I Abka Re Bey a Moorish American natural in Propria Persona not to be confused with Pro-Se. In the reciept of your letter Order Granting the forma Pauperis. I would like to address what took place on June 26th, 2012 at my house. Around 11:30am or so I Abka Re Bey and Unas Sebkhet Re El recieved a call from one of our friends down the street urging that we get outside and see who the European Invaders were in front of our home. Instantly we went outside, I was suprised to see Kim Fisher, Marvin Fisher's wife and another woman who I found out

#12-cv-02477

later was indeed Catherine Carter The woman I already have a suit against. We approached the two and made them aware that this was a federal matter and that it could only be decided by you Judge S. Thomas Anderson in a Article III court, but they insist on having Superior Jurisdiction in the matter. Kim Fisher stated they were waiting on the arrival of the Memphis Police Department to help force obligation and injury on myself as well as my family. So I went inside and called 911 and asked if I could get a Sheriff out to assist me with this constitutional matter. A few minutes later a man pulled up in some type of SUV with 2 other men and a boy around 12 years old. The man approached Unas and I, and at that time we began to give our status, show Legal Notice of Removal, and the clerk's stamp recieved..... I asked

#12cv02477

if he was a Sheriff and he did inform us that he was, W. Chism Sheriff; only to find out later he had lied an was the Shelby County Processor. We spoke and stated that this is in Federal jurisdiction an anyone acting on that note would be in direct violation of our secured rights. W. Chism with no Delegation of Authority Order in Federal venue or over myself a natural born flesh and blood being. W. Chism seemed unclear on what to do so he called a woman MS. Davis and spoke with her and I'm guessing she gave him the OK on his behalf that made him say the judge did not sign off on your file, that it has to be signed by the judge and stamped by the clerk. By that time officer Lenard N. Bowens came out an we spoke with him in the same manner, also stating status and showing him as well the Legal Notice of Removal along with my case.

#12cv02477

Officer Bowens then stated on camera that it was a Federal case and they could not make that judgement, it's a civil matter. More officers came T. Atkins and J. Rubb who was assisting also letting us know they could not make the call and all officers would await for the Supervisor Lu W. Roffard to have final say so. L.W. Roffard came, we spoke with him and stated status and tried to tell him of the case in Federal court, but L.W Roffard one who doesn't have a delegation of Authority either acting unlawfully under Color of Authority Colorable of Law a violation of my secured birthrights that I inherited: land, National Written Constitution, flag, + Seal. L.W Roffard had spoken with officers then let us know they were here to "keep peace" so in other words that gave the O.K for them to proceed, They then began in an instant popping the locks off of the doors were my children were

#12cv02477

W. Chism screaming "Get Out Get Out" This was an Act of War by Diversity Of Citizenship. Under dueress, coersion and threat that we were to stand here and watch as our home was being ripped apart and shattered on side of the street, my babies food was slung around in their blankets all on the side walk my children crying in despair and shock of not fully understanding every thing thats going on. Totally Discombobulated We didn't know what to do but sit here an watch as everyone crowded around looking and laughing alongs with Catherine Carter and the other people that assisted them in the wait for our home. This was a disgrace to me, my family, federal court, and other indigeous people World Wide Could you imagine what that felt like? I couldn't help my children, while they took **out** everything bit by bit

#12cv02477

While Catherine, Kim, their friends and a male I do believe was her husband taunting and grinning about how rich they were. My things are destroyed and my dogs are gone. We have to start over, I had to give away a lot of things just to save the lil we had, forced out on the streets with nothing but my family but thats fine. We have no money, no food, no clothing in and out of hotels with 6 children, we have no where to go. Its kinda like living out of our car. The night ended with Catherine Carter and her crew then began walking inside with the Processor W. Chism as their escort boarding all the windows and doors. Calling more Police to make us leave even faster. Outside 100° degree weather, no food, no pampers, and no clue what to do next, my baby, my kids and I laying on the ground in shock dazed and confused. Thrown out like dogs only worse. No respect for my children, no remorse for human life or District court with your signature of acceptance for the

#12CV02477

Legal Notice of Removal. I do demand action be taken immediately and ask you, Your Honor for a Speedy Trial. I am Part and Parcel of this said government yet the Union States jurisdiction deals with the European side of government, state citizens. The Treaty of Peace and Friendship 1787 is the Law of Discourse between the European side of the National United States of America and the Moorish side the National Great Seal Continental United States Republic enforced through the code of laws of a general and permanent charter.

I Abka Re Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

I demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiffs as it pertains to this Petitioner. If there

#12CV02477

are any criminal charges be found, let them be placed upon the Plaintiffs.

Any Plaintiffs, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

Catherine Carter, is being sued for additional 75,000 for compensatory damages and 75,000 for punitive damages in its offical capacity.

Kim Fisher, is being sued for 75,000 dollars for compensatory damages and 75,000 for punitive damages in its offical capacity.

W. Chism, E04 420 TN Sevier is being sued for compensatory damages of 75,000 and 75,000 punitive damages in its official capacity

#12cv02477

L.W. Rofford GY-9031 is being sued for 75,000 for compensatory and 75,000 for punitive damages in his private capacity.

(motorcycle tag) A5-201 MS is being sued for 75,000 compensatory and 75,000 for punitive damages in his private capacity.

Trail By Jury Of My Own Peers Was, And Is, DEMANDED

I declare under the penalty of perjury under the law of the United States Codes that the above is true and correct to the best of my knowledge and honorable intent.

I am Abka Re Bey          *Abka Re Bey*
                          Authorized representative
                          Natural Propria Persona
                          UCC 1-207   UCC 1-30
                          UCC 1-103

# 12CV02477

Title 18
Chapter 13- civil Rights - Misc1-Sec 241, 242, 243, 244, 245, 246, 247, 249
National Crime U.S.C 14616 Artile III
Sec. 241 conspiracy agaist Rights
Sec. 242 Deprivation of rights under color or la.
Sec. 243 Exclusion of Jurors on accout of race o color.
Sec. 245 Federally protected activities
Sec. 246 Deprivation of Relief benefits
Sec. 247 Damage to religious property; obstruction of persons in the free exercise of Religious beliefs.
Sec. 248 Freedom of access to clinic Entrances.
Article VI
Article IV, Section 4 of the Constitut.
18 U.S.C chapter 81 - Piracy and Privateering
United States v. Reese, 92 U.S. 214, 218 (1876)
United States v. Harris, 106 U.S. 629, 639 (1883)
United States v. Olmstead, 277 U.S 438, 478 (1928)
James V. Bowman, 190, US 127, 139 (1903)
See Also Washington v. Harper, 494 U.S 210 (1990)

**MOORS ORDER OF THE ROUNDTABLE**                                                      **CIVIC LESSON NO. 5**

# THE SEVEN SLAVE CLAUSES IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA

ONE ..... SLAVE CLAUSE: CONSTITUTION, ARTICLE I, SECTION 9, CLAUSE 1.
"The migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.".

TWO ..... SLAVE CLAUSE: CONSTITUTION, ARTICLE IV, SECTION 4.
"The United States shall protect ..., and on application of the Legislature, or of the Executive against violence."

THREE ...SLAVE CLAUSE: CONSTITUTION, ARTICLE IV, SECTION 2, CLAUSE 3.
"No person held to service or labour in one state, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from service or labour, but shall be delivered up on claim of the party to whom such service or labour may be due."

FOUR ..... SLAVE CLAUSE: CONSTITUTION, ARTICLE I, SECTION 8, CLAUSE 15.
"To provide for calling forth the militia to execute the laws of the Union, suppress insurrections and repel invasions".

FIVE ..... SLAVE CLAUSE: CONSTITUTION, ARTICLE V
"... Provided that no amendment which may be made prior to the year one thousand eight hundred and eight shall in any manner affect the first and fourth clauses in the ninth section of the first article".

SIX ..... SLAVE CLAUSE: CONSTITUTION, ARTICLE I SECTION 9, CLAUSE 4.
"No capitation, or other direct tax, shall be laid, unless in proportion to the census of enumeration herein before directed to be taken."

SEVEN ..... SLAVE CLAUSE: CONSTITUTION, ARTICLE I, SECTION 2 CLAUSE 3.
( As three - fifths of a person is how all slaves are legally counted) "Representative and direct taxes shall be apportioned among the several states which may be included within this union, according to their respective number, which shall be determined by adding to the whole number of free persons, included those bound to service for a term of years, and excluding Indians not taxed, three - fifths of all other persons".

# 12cv02477

## Affidavit of Fact
## Certificate of Service

Moorish Divine
and National movement
of the
World

I, __ABKA RE BEY__ Hereby certified that Service of the foregoing, the associated of Law, and associated Affidavit of Material Facts has been made upon the following addressee by depositing a copy in the United State Republic mail, this 29 day of June, 1430 M.C. Addressed to:

Nashville Tennessee of Governor
Bill Haslam
1st Floor State Capitol
Nashville Territory, Tennessee Republic
(37243)

United States Supreme court of Tennessee
Office of the clerk
Mike Catalano
401 7th Avenue North
Nashville Territory, Tennessee Republic
(37243) USA

#12CV02477

State of TENNESSEE Attorney General
Robert E. Cooper Jr.
425 5th Avenue North #2
Nashville, Republic
(37243) USA

State of TENNESS    Secretary of State
TRE Hargett
312 Rosa L. Parks
8th Floor Snodgrass Tower
NASHVILLE, TENNESSEE Republic

State of TENNESSEE District Attorney
Amy Weirich
201 Poplar Avenue 3rd Floor
Memphis TENNESSEE Republic

s/Thomas R. Greer (#24452)
Bailey & Greer, PLLC
6256 poplar Avenue
Memphis, TN 38119

International Criminal Courts
Maanweg, 174
2516 AB, The Hague the Netherlands

# 12cv02477

Akha Re Bey — Ex-Relatione Tabitha R. Gentry
Authorized Representative, Natural Person, IN
Propria Persona: All Rights Reserved
U.C.C 1-207/1-308; UCC 1-103
TENASI TERRitory
3156 Cromwell Avenue
MeMphis, TENNESSEE]
{30118} Northwest Amexem