IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

REALTY ACQUISITIONS, ET AL.,

      Plaintiffs,

v.                                     2:12-cv-2477-STA-cgc

ABKA RE BEY, a/k/a TABITHA RECBELLE GENTRY,

      Defendant.

## SEPARATE PLAINTIFFS' MOTION TO DISMISS

COME NOW Plaintiffs Realty Acquisitions, Marvin Fisher, Marcus Neal Hanna, Catherine Carter, and Michael Fisher (hereinafter "Separate Plaintiffs"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court for an order dismissing this case. In support thereof, Separate Plaintiffs would rely upon the Memorandum in Support of Motion to Dismiss, which is filed contemporaneously herewith and the entire record in this cause.

                              Respectfully submitted,

                              BAILEY & GREER, PLLC

                              s/ Thomas R. Greer
                              Thomas R. Greer (#24452)
                              Bailey & Greer, PLLC
                              6256 Poplar Avenue
                              Memphis, TN 38119
                              Phone: (901) 680-9777
                              Fax:    (901) 680-0580

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas R. Greer, do hereby certify that a true and accurate copy of the foregoing has been upon the following persons via U.S. Mail on July 7, 2012.

Abka Re Bey a/k/a Tabitha Recbelle Gentry
3156 Cromwell Avenue
Memphis, TN 38118


<u>s/ Thomas R. Greer</u>
Thomas R. Greer