United States District Court
Western District of Tennessee

Plaintiff's name, - General Sessions, Realty Acquisitions
Marvin Fisher, Catherine Carter, Micheal
Plaintiff, Fisher, Bank of America

Case no. 12:12-cv-02477-STA-cgc

V.

Abka Re Bey

Affidavit of Fact
Notice of Attachment

RECEIVED 2012 JUL 25 PM 3:○○

Abka Re Bey
3156 Cromwell Avenue
Memphis, TN [38118]
(901) 791-5420
U.C.C 1-207/1-308 UCC
1-103

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

# Affidavit of Fact
- Certificate of Service

July 20, 2012

United States Supreme Court of Tennessee
Office of the Clerk
Mike Catalano
401 7th Avenue North
Nashville Territory, Tennessee Republic
[37243] uSA 7010 1670 0002 5295 1217

It is Hereby Certified that service of the foregoing, the associated Memorandum of Law, and the associated Affidavit of Material Facts has been made upon the following addressee by depositing a copy in the United States Republic mail, postage prepaid, this __20th__ day of __July__, 1430M.C. (2012 C.C.Y.) addressed to:

NASHVILLE
Tennessee of Governor
Bill Haslam
1st Floor State Capitol
Nashville Territory, Tennessee Republic
[37243] uSA 7010 1670 0002 5295 1170

State of Tennessee Attorney General
Robert E. Cooper Jr.
425 5th Avenue North #2
Nashville Territory, Tennessee Republic
[37243] uSA 7010 1670 0002 5295 1224

State of Tennessee Secretary of State
Tre Hargett
312 Rosa L. Parks
Nashville Territory, Tennessee Republic
[37243] uSA 7011 3500 0002 6063 1861

Abka Re Bey,
Authorized Representative, Natural Person,
In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Tenasi Territory
[c\o 3156 Cromwell Avenue]
[Memphis, Tennessee ]
[38118]Northwest Amexem

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

# Affidavit of Fact
# NOTICE OF ATTACHMENT

**EXHIBIT -Q**

JULY 20, 2012

STATE OF TENNESSEE
WESTERN DISTRICT OF TENNESSE
FEDERAL BUILDING
167 N. MAIN ST. RM# 242
MEMPHIS, TN 38103

CASE NUMBER # *12:12 - CV-02477-STA-CGC*

Enclosed is a "TRANSFER OF INHEIRTENCE / QUIET TITLE DEED along with WRITS OF DISCOVERY Exhibits, this claim to the Supreme Court, the International Criminal Court, and the International Court of Justice as this is an International Violation against the Aboriginal Indigenous People of North America by the Corporate UNITED STATES OF AMERICA enclave THE STATE OF TENNESSEE, it agencies/agents.

Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent.

| | |
|---|---|
| Exhibit – R | Writ of Discovery  Thomas Greer |
| Exhibit – S | Writ of Discovery  Bank of America Documentation Department |
| Exhibit - T | Writ of Discovery Edward L. Stanton Jr. |
| Exhibit – U | Writ of Discovery  Judge Lynn Cobb |
| Exhibit – V | Writ of Discovery Magistrate Judge Charmaine Claxton |
| Exhibit – W | TRANSFER INHEIRTENCE /QUIET TITLE DEED |
| Exhibit-X | *Oath of Office Lynn Cobb* |

United Nations International Criminal Court
Geneva Switzerland The Hague, The Netherlands
International Justice Court
The Hague, The Netherlands Minister A. El
SUPREME COURT OF TENNESSEE
White House Washington DC
Federal Bureau of Investigation
United States Justice Department Janice K. Fedarcyk

  

### THE MOORISH NATIONAL REPUBLIC
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
Exhibit- A  Case Number # 2:12-cv-02477-STA-cgc

July 10, 2012

STATE OF TENNESSEE
Thomas R. Greer
Bailey & Greer. PLLC
6256 Poplar Avenue
Memphis, Tennessee 38119

Re: 2:12-cv-02477-STA-cgc

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 10 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the state of Tennessee.

> *"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **Miranda v. Arizona 384 US 436, 125:"**

> *"The claim and exercise of Constitutional Rights cannot be converted into a crime.* **Miller v. Kansas 230 F 2nd 486, 489:** "

> *"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"*
> **Thompson v Smith 154 SE 583**

> *" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

> **ASIS v US 568 F2d, 284**

> *"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerise such powers are necessarily nullities."*
> **Burns v Sup Ct. SF, 140 Cal 1.**

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

> *"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
> **Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

*and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

**ASIS v US 568 F2d, 284**

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerise such powers are necessarily nullities."*
**Burns v Sup Ct. SF, 140 Cal 1.**

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
**Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

Thank You,
I Am: _____
Abka Re Bey , Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Tabitha R. Gentry
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Memphis,Tenasi
c/o 3156 Cromwell Ave
[Zip Exempt]
Non-Domestic

Cc:   United Nations
      Geneva Switzerland

      United States Justice Department
      United States Attorney General
      Eric H. Holder

      United States District Court for the District of Columbia
      Washington D. C.

      STATE OF TENNESSEE
      Governor
      BIL HASLAM

      STATE OF TENNESSEE
      Attorney General
      ROBERT E.COOPER JR.

      STATE OF TENNESSEE
      Secretary of State
      TRE HARGETT

      STATE OF TENNESSEE
      SUPERIOR COURT
      Chief Justice
      Cornelia A. Clark

      STATE OF TENNESSEE

SUPERIOR COURT
Chief Prosecutor
TERESA DYANN JONES

  

# THE MOORISH NATIONAL REPUBLIC
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
### Exhibit S
### Case # 2:12-cv-02477-STA-cgc

Certified Mail #7010 1670 0002 5295 1194

July 11, 2012

BANK OF AMERICA
Documentation Department
6060 Poplar Suite 10
Memphis TN, 38187

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the State of Tennessee.

> *"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:"***

> *"The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "*

> *"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"*
> ***Thompson v Smith 154 SE 583***

> *" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments,*

Thank You,
I Am: *[signature]*
Ahka Re Bey, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Tabitha R. Gentry
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Memphis, Tenasi
c/o 3156 Cromwell Ave
[Zip Exempt]
Non-Domestic

Cc: United Nations
Geneva Switzerland

United States Justice Department
United States Attorney General
Eric H. Holder

United States District Court for the District of Columbia
Washington D. C.

STATE OF TENNESSEE
Governor
BIL HASLAM

STATE OF TENNESSEE
Attorney General
ROBERT E. COOPER JR.

STATE OF TENNESSEE
Secretary of State
TRE HARGETT

STATE OF TENNESSEE
SUPERIOR COURT
Chief Justice
Cornelia A. Clark

STATE OF TENNESSEE
SUPERIOR COURT
Chief Prosecutor
TERESA DYANN JONES

  

# THE MOORISH NATIONAL REPUBLIC
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
### Exhibit T
### Case # 2:12-cv-02477-STA-cgc

**Certified Mail #7010 1670 0002 5295 1187**

July 11, 2012

Edward L Stanton Jr.
Shelby County General Sessions Court
140 Adams Room # 106
Memphis, Tn 38103

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the State of Tennessee.

> *"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:"***

> *"The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2${}^{nd}$ 486, 489:** "*

> *"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"*
> ***Thompson v Smith 154 SE 583***

> *" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments,*

*and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

**ASIS v US 568 F2d, 284**

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerise such powers are necessarily nullities."*
**Burns v Sup Ct. SF, 140 Cal 1.**

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
**Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

Thank You,
I Am: _____
Abka Re-Bey , Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Tabitha R. Gentry
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Memphis.Tenasi
c/o 3156 Cromwell Ave
[Zip Exempt]
Non-Domestic

Cc:   United Nations
    Geneva Switzerland

    United States Justice Department
    United States Attorney General
    Eric H. Holder

    United States District Court for the District of Columbia
    Washington D. C.

    STATE OF TENNESSEE
    Governor
    BIL HASLAM

    STATE OF TENNESSEE
    Attorney General
    ROBERT E.COOPER JR.

    STATE OF TENNESSEE
    Secretary of State
    TRE HARGETT

    STATE OF TENNESSEE
    SUPERIOR COURT
    Chief Justice
    Cornelia A. Clark

    STATE OF TENNESSEE

  

## THE MOORISH NATIONAL REPUBLIC
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
### Exhibit U
Case # 2:12-cv-02477-STA-cgc

**Certified Mail #7010 1670 0002 5295 2405**

July 11, 2012

Judge Lynn Cobb
Shelby County General Sessions Court
140 Adams
Memphis, Tn 38103

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the State of Tennessee.

> *"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:"***

> *"The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "*

> *"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"*
> ***Thompson v Smith 154 SE 583***

*" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

***ASIS v US 568 F2d, 284***

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerise such powers are necessarily nullities."*
***Burns v Sup Ct. SF, 140 Cal 1.***

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
***Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.***

Thank You,
I Am: _Abka Re Bey_
Abka Re Bey , Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Tabitha R. Gentry
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Memphis,Tenasi
c/o 3156 Cromwell Ave
[Zip Exempt]
Non-Domestic

Cc:   United Nations
      Geneva Switzerland

      United States Justice Department
      United States Attorney General
      Eric H. Holder

      United States District Court for the District of Columbia
      Washington D. C.

      STATE OF TENNESSEE
      Governor
      BIL HASLAM

      STATE OF TENNESSEE
      Attorney General
      ROBERT E.COOPER JR.

      STATE OF TENNESSEE
      Secretary of State
      TRE HARGETT

      STATE OF TENNESSEE
      SUPERIOR COURT
      Chief Justice
      Cornelia  A. Clark

STATE OF TENNESSEE
SUPERIOR COURT
Chief Prosecutor
TERESA DYANN JONES

  

# THE MOORISH NATIONAL REPUBLIC
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
### Exhibit V
### Case # 2:12-cv-02477-STA-cgc

Certified Mail #7010 1670 0002 5295 2382

July 11, 2012

Magistrate Judge Charmiane G. Claxton
Shelby County General Sessions Court
140 Adams
Memphis, TN 38103

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court, which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the State of Tennessee.

> "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**"

> "The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "

> "When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"
> ***Thompson v Smith 154 SE 583***

> " A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments,

*and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

**ASIS v US 568 F2d, 284**

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerise such powers are necessarily nullities."*
**Burns v Sup Ct. SF, 140 Cal 1.**

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
**Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

*[signature]*

Thank You,
I Am: *[signature]*
Abka Re Bey, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Tabitha R. Gentry
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Memphis,Tenasi
c/o 3156 Cromwell Ave
[Zip Exempt]
Non-Domestic

**Cc:** United Nations
Geneva Switzerland

United States Justice Department
United States Attorney General
Eric H. Holder

United States District Court for the District of Columbia
Washington D. C.

STATE OF TENNESSEE
Governor
BIL HASLAM

STATE OF TENNESSEE
Attorney General
ROBERT E.COOPER JR.

STATE OF TENNESSEE
Secretary of State
TRE HARGETT

STATE OF TENNESSEE
SUPERIOR COURT
Chief Justice
Cornelia A. Clark

STATE OF TENNESSEE

SUPERIOR COURT
Chief Prosecutor
TERESA DYANN JONES

 

### THE MOORISH NATIONAL REPUBLIC
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
#### Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

**Exhibit W**     **Transfer of Inheritance**

Made the 19th day of July, 1430 M.C. [2012 C.C.Y.]
**Between** UNITED STATES OF AMERICA CORPORATION (Trustee), and
**Abka Re Bey (Aboriginal Indigenous National Moorish American / Heiress / Moabite)**
MEMPHIS, TENNESSEE 38118] **Northwest Amexem.** This transfer agreement is a transfer instrument from THE UNITED STATES OF AMERICA ET EL, to the RIGHTFUL HEIRESS APPARENT, Aboriginal and Indigenous Natural Person of the Land- not taxed, **Abka Re Bey**, In Propria Persona, Sui Juris.

In the matter of 'Rights of Parties' and, 'Rights of Property', this instrument obtains justice for the Natural Divine Being Manifest In Human Flesh, Moorish American National, **Abka Re Bey**, and intends to remedy these wrongs by addressing Personum Jurisdiction, which is jurisdiction over the person.

Operating and navigating in a colorable status is dishonorable and injurious to the Natural Divine Being Manifest In Human Flesh.

This agreement between THE UNITED STATES OF AMERICA AND **Abka Re Bey**, is forever cured as **Abka Re Bey**, is not a minor; not a ward of the state; and is competent from this day forth to take her seat amongst the affairs of Men and handle the affairs of her Nation – the Moors of Northwest Amexem – Northwest Africa – North America – North Gate.

**Abka Re Bey**, a Natural Divine Being Manifest In Human Flesh, Aboriginal Indigenous, Moorish American National, is protected by the Zodiac Constitution, United States Republic Constitution, Treaty of Peace and Friendship, *the* United Nations Declaration Rights of Indigenous People, United Nations Rights of Human Beings, United Nations Rights of the Child and does enforce all said compacts for the upliftment of fallen humanity – the Moors of Northwest Amexem –Northwest Africa – North America – North Gate.

This transfer invokes her unalienable / inalienable secured rights as a Moorish American National:

**1.** FREE MOORISH-AMERICAN ZODIAC CONSTITUTION: (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

**2.** UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE: Moorish American Credentials: AA 222141- **TRUTH A-1**

**3.** UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

**4.** UNITED STATES REPUBLIC CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9)  (Reservation of the Rights of the People).

**5.** RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

**6.** UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

**7.** RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**8.** Treaty of Peace and Friendship of 1787

**9.** The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1514

**10.** The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26

**11.** Declaration on the Principles of International Law

**12. Executive Order Number: 13107**, 63, Federal Register, 68,991 (1998)- Implementation of Human Rights Treaties With this document in place, proper identity for **Abka Re Bey**, establishes and removes for the record any and all misrepresentation of abandonment by any foreign entities, guilds, private foreign unions, etc. or persons alleging anything to the contrary, on her part as an heir to her vast heritage and responsibility to her people.

I Am: *Abka Re Bey*
Abka Re Bey, Authorized Representative
Natural Divine Being Manifest In Human Flesh, In Propria Persona:
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Tenasi Territory
[c/o 3156 Cromwell Avenue
Near Corporate MEMPHIS, TENNESSEE]
Northwest Amexem

State of Tennessee (County of Shelby
The foregoing instrument was acknowledged before me this 19th day of July, 2012
_____ by **Abka Re Bey** (Heiress), who is personally known to me or who has produced Moorish American Nationality Card as identification. In Witness thereof, I set my hand and seal

*Antoinette Gilcrest, Notary*
(Notary) my commission expires January 19, 2014

Prepared by:  3156 Cromwell Ave,
Abka Re Bey  Memphis TN 38118

 



# THE MOORISH NATIONAL REPUBLIC
# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

Recording requested by:
**Abka Re Bey**
and when recorded, please return this deed
and other statements to:

**Abka Re Bey**
Tenasi Territory
Northwest Amexem

**Above reserved for official use only**

## *QUIET TITLE DEED*
### *(Transfer of Inheritance from Trustee to Heiress)*

**KNOW ALL MEN BY THESE PRESENTS THAT:**

As Natural Heiress to the land – Northwest Amexem – Northwest Africa - North America – North Gate the trustee UNITED STATES OF AMERICA CORPORATION dba THE STATE OF TENNESSEE / BANK OF AMERICA, REALTY ACQUISITIONS LLC, its agency/agents **MARVIN FISHER, MELANIE DAVIS** lawfully hereby REMISES, RELEASES, SURRENDERS, AND FOREVER QUIETCLAIMS to, **Abka Re Bey** (Moabitess / Heiress / Matriarch), ALL RIGHT, ALLODIAL TITLE, INTEREST AND CLAIM to the following REAL PROPERTY / LAND near Corporate Memphis, Tennessee with the following legal description:

ALL THAT CERTAIN lot or piece of ground, described according to Corporate Shelby County, Tennessee Tom Leatherwood Register of Deeds, alleged as follows, to wit:
A certain piece or parcel of land with all buildings and improvements thereon, situated on the

**LOT 243, SECTION C, KENSINGTON GARDENS SUBDIVISION AS SHOWN ON THE PLAT OF RECORD IN PLAT BOOK 20, PAGE 13, IN THE TOM LEATHERWOOD REGISTER OF DEEDS, SHELBY COUNTY TENNESSEE TO WHICH PLAT REFERENCE IS HEREBY MADE FOR MORE PARTICULAR DESRCIPTION OF SAID PROPERTY.**

**BEING THE SAME PROPERTY CONVEYED TO GRANTOR HEREIN BY DEED RECORDED SIMULTANOUSLY HEREWITH IN THE SHELBY COUNTY TOM LEATHERWOOD REGISTERS OFFICE.**

**THIS CONVEYANCE IS MADE SUBJECT TO SUBDIVISION RESTRICTIONS, BUILDING LINES AND EASEMENTS OF RECORDS IN PLAT BOOK 20, PAGE 13 IN THE TOM LEATHERWOOD REGISTER OFFICE SHELBY COUNTY TENNESSEE**

**ATTACHMENT ON THE BACK PAGE
LONGITUDE AND LATITUDE IS AS SHOWN ON PLAT BOOK 20, PAGE 13**

Being the alleged same premises described in Warranty Deed # 10042693 from AXIS INVESTMENT PROPERTY to MELANIE DAVIS dated 4/28/2010

Being the same premises were granted on June 14, 2012 unto Abka Re Bey by Inheritance – Listed by fraudulent /misrepresented Deed dated 04/26/2010 in Corporate Shelby County TOM LEATHERWOOD REGISTERS OFFICE.

Lat / Long: 204.77 / 70.01
Location: [3156 Cromwell Ave.]
[Near Corporate Memphis TENNESSEE 38118]
Northwest Amexem

*Abka Re Bey*
ABKA Re Bey

*State of Tennessee County of Shelby
Sworn and subscribed before me this 24th day of July 2012
Come Abka Re Bey.
Antoinette Gilcrest, Notary
My commission expires January 19, 2014*

[Notary seal: ANTOINETTE GILCREST, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF SHELBY, MY COMM. EXP. JAN. 19, 2014]

*Prepared by Abka Re Bey
3156 Cromwell Ave, Memphis, TN 38118*

Exhibit 9

COUNTY OF SHELBY
STATE OF TENNESSEE

## OATH OF OFFICE

I, LYNN COBB, DO SOLEMNLY SWEAR THAT I WILL PERFORM WITH FIDELITY THE DUTIES OF THE OFFICE OF JUDGE OF GENERAL SESSIONS CIVIL COURT, DIVISION I, TO WHICH I WAS ELECTED ON AUGUST 3, 2006.

I FURTHER SOLEMNLY SWEAR THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF THE STATE OF TENNESSEE, AND I FURTHER SOLEMNLY SWEAR THAT I WILL ADMINISTER JUSTICE WITHOUT RESPECT OF PERSONS, AND DO EQUAL RIGHTS TO THE POOR AND THE RICH, AND THAT I WILL FAITHFULLY AND IMPARTIALLY DISCHARGE AND PERFORM ALL DUTIES INCUMBENT UPON ME AS SUCH JUDGE TO THE BEST OF MY SKILL AND ABILITY.

_____
LYNN COBB

## CERTIFICATE OF PERSON ADMINISTERING OATH OF OFFICE

I, _Lyle Reid_, HEREBY CERTIFY THAT I ADMINISTERED THE AFOREGOING OATH OF OFFICE TO LYNN COBB ON THE _26º_ DAY OF _August_, 2006.

_____
Lyle Reid
Justice (Ret.)

GENERAL SESSIONS COURT CLERK
2012 JUN 18 A 8 4